

**ORDERED in the Southern District of Florida on November 8, 2024.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:

GISEL TAMAYO and RODOLFO TAMAYO,          Case No. 22-19299-LMI

        Debtors.          Chapter 7

_____/

### ORDER DENYING CREDITOR/PLAINTIFF'S MOTION FOR
### RELIEF FROM STAY UNDER 11 U.S.C. §362

**THIS MATTER** having come before the Court on October 29, 2024 pursuant to *Plaintiff/Creditor's Motion for Relief from Stay* [ECF No. 79] (the "Motion") and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Motion [ECF No. 79] is **DENIED,** without prejudice to continue litigation in the adversary proceeding**.**

###

Submitted by:
Alexandra Lopez, Esq.
7900 Oak Lane, Suite 400
Miami Lakes, FL 33016
Telephone: (305) 224-6101
Email: alexandra@trustlegal.net

Attorney Lopez is directed to serve copies of this Order on all interested parties and file a Certificate of Service.